```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KELLIE D. HAKE et al.,

                              Plaintiffs,            19-mc-00125 (JGK) (KHP)

            -against-                                        ORDER

CITIBANK, N.A. et al.,

                              Defendants.
-----------------------------------------------------------------X
```

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**_____
**DATE FILED:** 07/18/2019

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The status conference currently scheduled for July 24, 2019 is hereby adjourned to **Monday, October 7, 2019 at 10:00 a.m.** Plaintiffs' Motion to Compel (Doc. No. 1) is hereby stayed with respect to all Defendants through the next status conference, scheduled for **October 7, 2019**. All parties are directed to attend the conference and should be prepared to discuss the status of discovery.

Plaintiff is directed to file a status letter updating the Court on the status of discovery with respect to all Defendants by no later than **August 17, 2019**. Further, if Plaintiffs are able to reach a settlement with any of the Defendants prior to the status conference, they should file a joint letter on ECF informing the Court.

The July 17, 2019 deadline for Bank of America to submit additional evidence in support of its Motion for a Protective Order is hereby adjourned to **September 25, 2019.**

SO ORDERED.

Dated: July 18, 2019
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

2