UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__11/26/2019__

KELLIE D. HAKE et al.,

                              Plaintiffs,                          19-mc-00125 (JGK) (KHP)

              -against-                                                **ORDER**

CITIBANK, N.A. et al.,

                              Defendants.
---------------------------------------------------------------X
**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        Plaintiffs and Defendant HSBC are directed to file a joint letter on ECF regarding the

status of discovery by no later than **December 9, 2019**.

        SO ORDERED.

Dated: November 26, 2019
        New York, New York

        _____
        KATHARINE H. PARKER
        United States Magistrate Judge