UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

KELLIE D. HAKE et al.,

                                      Plaintiffs,                      **19-mc-00125 (JGK) (KHP)**

           -against-                                      **ORDER**

CITIBANK, N.A. et al.,

                                      Defendants.
-------------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      As discussed during the case management conference on January 9, 2020, if Defendant HSBC Bank USA, N.A. ("HSBC") determines that it cannot produce the documents requested by Plaintiffs, HSBC shall file an affidavit explaining why it is unable to produce those documents by no later than **February 14, 2020**. The parties are directed to refer to the transcript of the conference for more detailed instructions. A case management conference is scheduled for **February 18, 2020 at 10:00 a.m.**

      SO ORDERED.

Dated: January 10, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge