USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

KELLIE D. HAKE et al.,

                        Plaintiffs,                          19-mc-00125 (JGK) (KHP)

       -against-                                  **ORDER**

CITIBANK, N.A. et al.,

                        Defendants.
-------------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

As discussed during the case management conference on February 18, 2020, Plaintiffs shall file a letter brief of no more than 3 pages in support of their motion to compel production of remaining outstanding documents and information requested in their subpoena to Defendant HSBC Bank USA, N.A. ("HSBC"). Plaintiffs should address whether the information is: within the possession, custody and control of HSBC; relevant to the claims in the underlying litigations; and proportional to the needs of their cases. Plaintiffs' brief shall be filed by **March 3, 2020**. HSBC's opposition letter brief shall be filed by **March 10, 2020.** No replies permitted.

      SO ORDERED.

Dated: February 18, 2020
       New York, New York

                                                           _____
                                                           KATHARINE H. PARKER
                                                          United States Magistrate Judge